FILED

CLERK, U.S. DISTRICT COURT

3/4/2026

CENTRAL DISTRICT OF CALIFORNIA

BY_____jji_____DEPUTY

DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

Global Enterprises & Holdings, Inc

**Plaintiff,**                                    Case No.: 2:25-cv-08712-MEMF-RAO

V.

Paramount Pictures Corporation ("Paramount"),

Tyler Perry, individually ("Perry"),

Tyler Perry Studios, LLC ("Tyler Perry Studios"),

Black Entertainment Television LLC ("BET"),

Harpo Productions, Inc. ("Harpo"),

Oprah Winfrey Network ("OWN") ,

Warner Brother Studios ("WBS"),

Netflix, Inc. ("Netflix"), and

DOES 1–50 (collectively, "Defendants"),

**Defendant**

PLAINTIFF'S MOTION FOR APPOINTMENT OF COUNSEL OR,

ALTERNATIVELY, REFERRAL TO THE COURT'S PRO BONO PANEL

Plaintiff respectfully moves the Court for appointment of counsel or, alternatively,

referral to the Court's Pro Bono Panel pursuant to 28 U.S.C. § 1915(e)(1) and the Court's

inherent authority.

I. BACKGROUND

1. Counsel previously appeared in this matter and sought withdrawal; however,

since that time, Counsel has ceased communication despite repeated written

attempts and has taken no action to advance the case, resulting in Plaintiff being effectively without active representation.

2. At the December 11, 2026 hearing, the Court indicated that appointment of counsel or referral to the Pro Bono Panel may be appropriate.

3. The case presently involves procedural issues and further motion practice, and Plaintiff seeks to ensure compliance with the Federal Rules of Civil Procedure and protection of all procedural rights.

II. REQUEST FOR APPOINTMENT OR REFERRAL

Pursuant to 28 U.S.C. § 1915(e)(1), the Court may request an attorney to represent a party in a civil action.

Plaintiff respectfully requests that the Court first consider appointment of counsel to represent Plaintiff pursuant to 28 U.S.C. § 1915(e)(1), or alternatively refer this matter to the Court's Pro Bono Panel.

Plaintiff makes this request in good faith to ensure that this matter proceeds in an orderly and procedurally proper manner.

III. CONCLUSION

For the foregoing reasons, Plaintiff respectfully requests that the Court appoint counsel or, alternatively, refer this matter to the Court's Pro Bono Panel, and grant such further relief as the Court deems just and proper.

Respectfully submitted by,

GLOBAL ENTERPRISES & HOLDINGS INC.

_____Date__3/4/2026__

By: Shalina Ford, CEO
Authorized Officer of Plaintiff
(Not appearing personally)
251 Little Falls Drive
Wilmington, DE, 19808
Tel: (305) 330-2187 ext. 800
sfordgehinc@yahoo.com

CERTIFICATE OF SERVICE

I hereby certify that on 3/4/2026, the foregoing document was filed via the Court's

CM/ECF system, which constitutes service on all registered counsel of record.

Shalina Ford